USCA1 Opinion

 

 [NOT FOR PUBLICATION] ____________________ No. 92-1441 GERARD BENOIT, Plaintiff, Appellant, v. WILLIAM F. WELD, ET AL., Defendants, Appellees. ___________________ APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS [Hon. A. David Mazzone, U.S. District Judge] ___________________ ____________________ Before Torruella, Circuit Judge, _____________ Brown* and Bownes, Senior Circuit Judges. _____________________ ____________________ Matthew Cobb for appellant. ____________ Jon Laramore, Assistant Attorney General, Government _____________ Bureau, with whom Scott Harshbarger, Attorney General, was on __________________ brief for appellees. ____________________ October 21, 1992 ____________________ ____________________ * Of the Fifth Circuit, sitting by designation. Per Curiam. Upon full review of the record in this __________ case, and having considered the briefs and oral argument of the parties, the decision of the district court is affirmed for substantially the same reasons as are stated in said opinion. See Benoit v. Weld, et al., No. 91-12314 (D. Mass. March 5, ___ ______ _____________ 1992). Affirmed. Costs to appellees. ________ -2-